## Robert R. Engels and George J. Reece, trading as Engels & Reece, Defendants in Error, v. Agnes Manning, Plaintiff in Error.

### Gen. No. 22,497.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. DENNIS W. SULLIVAN, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed December 18, 1916.

### Statement of the Case.

Action by Robert R. Engels and George J. Reece, trading as Engels & Reece, plaintiffs, against Agnes Manning, defendant, for a commission for the sale of defendant's real estate. To review a judgment for plaintiffs, the defendant prosecutes a writ of error.

ELBERT C. FERGUSON, for plaintiff in error.

LEO J. BRODERICK, for defendants in error.

MR. PRESIDING JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

BROKERS, § 90*—*when evidence shows broker was the procuring cause of sale.* Where the defendant listed her property for sale with the plaintiffs who advertised it and later one of them showed it to a purchaser, who had been referred to them by another real estate agent to whom the purchaser had applied for information as to places for rent, and suggested that the purchaser buy the place and gave him the price and notified the defendant that the property had been submitted to the purchaser, and the latter returned to the office of the other agent where a sale was negotiated, *held* that the plaintiffs were the procuring cause of the sale and entitled to the commission.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.*